| AO 10 Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2013** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Blewitt, Thomas M. | 2. Court or Organization<br><br>United States District Court, Middle District of Pa. | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>235 North Washington Avenue<br>P.O. Box 443<br>Scranton PA 18501-0443 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Friendship House |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/13-12/13 | PSERS - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/22/2013 | New York City, New York | Dinner | Transportation, Food, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Richard and Diane Welsh | Lodging in Nantucket, MA | $1,000.00 |
| 2. | John Lenahan | Lodging in St. Martin | $1,500.00 |
| 3. | Richard and Diane Welsh | Lodging in St. Barts | $2,000.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing | Educational Loans (PLUS) | L |
| 2. | American Education Services | Educational Loans (PLUS) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA): | | | | | | | | | |
| 2. - Blackrock Global | A | Dividend | J | T | Buy | 07/03/13 | J | | |
| 3. - ML Bank USA Rasp (Y) | | | | | | | | | |
| 4. Morgan Stanley Bank Money Market Fund | A | Interest | M | T | | 06/25/13 | N | | See Note in Part VIII |
| 5. Brokerage Account: | | | | | | | | | See Note in Part VIII |
| 6. - Chesapeake Energy Corp | B | Dividend | | | Buy | 07/11/13 | J | | |
| 7. - Chesapeake Energy Corp. | | | | | Sold | 08/24/13 | J | B | |
| 8. - Cirrus Logic, Inc. | B | Dividend | | | Buy | 07/26/13 | J | | |
| 9. - Cirrus Logic, Inc. | | | | | Sold | 10/30/13 | J | B | |
| 10. - Coca-Cola Co.. | A | Dividend | | | Buy | 07/06/13 | J | | |
| 11. - Coca-Cola Co. | | | | | Sold | 08/12/13 | J | | |
| 12. - Ishares Silver Trust | A | Dividend | | | Buy | 07/09/13 | J | | |
| 13. - Ishares Silver Trust | | | | | Sold | 11/21/13 | J | A | |
| 14. - Potash Corporation of Saskatchewan | A | Dividend | | | Buy | 07/03/13 | J | | |
| 15. - Potash Corporation of Saskatchewan | | | | | Sold | 08/28/13 | J | A | |
| 16. - Qualcomm, Inc. | B | Dividend | | | Buy | 06/27/13 | J | | |
| 17. - Qualcomm, Inc. | | | | | Sold | 09/03/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - RetailMeNot, Inc. | A | Dividend | | | Buy | 07/19/13 | J | | |
| 19. - RetailMeNot, Inc. | | | | | Sold | 11/26/13 | J | A | |
| 20. - Southern Co. | A | Dividend | | | Buy | 08/21/13 | J | | |
| 21. - Southern Co. | | | | | Sold | 08/28/13 | J | | |
| 22. - Tower Group International Ltd. | A | Dividend | | | Buy | 10/01/13 | J | | |
| 23. - Tower Group International Ltd. | | | | | Sold | 10/08/13 | J | | |
| 24. - Twitter, Inc. | A | Dividend | | | Buy | 11/08/13 | J | | |
| 25. - Twitter, Inc. | | | | | Sold | 11/25/13 | J | | |
| 26. - United States Natural Gas | B | Dividend | | | Buy | 09/24/13 | K | | |
| 27. - United States Natural Gas | | | | | Sold | 12/12/13 | K | C | |
| 28. - Apple, Inc. | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 29. - Hollyfrontier Corp. | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 30. - Freeport-McMoran Copper & Gold, Inc. | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 31. - Arm Holdings, PLC | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 32. - Pfizer, Inc. | A | Dividend | J | T | Buy | 07/16/13 | J | | |
| 33. - Facebook, Inc. | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 34. - Ishares TR Barclays 20-yr. Treas Bond | A | Dividend | J | T | Buy | 07/18/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Vale SA | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 36.  - Templeton Global Bond Fund Adv | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 37.  - Blackrock Kelso Cap Corp. | A | Interest | J | T | Buy | 07/22/13 | J | | |
| 38. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 39.  - SPDR Bar Cap ST High Yield Bond FD ETF | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 40.  - Uringo, Inc. | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 41.  - Seagate Technology PLC | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 42.  - HCP, Inc. | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 43.  - Cincinnati Financial Corp. | A | Dividend | J | T | Buy | 09/09/13 | J | | |
| 44.  - AT&T Inc. | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 45.  - CVR Refining, LP | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 46.  - General Electric Co. | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 47.  - Splunk, Inc. | A | Dividend | K | T | Buy | 10/25/13 | K | | |
| 48.  - Ishares MSCI Japan | A | Dividend | J | T | Buy | 11/01/13 | J | | |
| 49.  - Pacira Pharmaceuticals Inc. | A | Dividend | K | T | Buy | 12/10/13 | K | | |
| 50.  - Rackspace | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 51.  - Piedmont Office Realty Trust, Inc. | A | Dividend | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Blewitt, Thomas M. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section VII, partial funds were moved from Morgan Stanley Money Market into Brokerage Account. In Section VII, Line 4, Column D(1), the Type of transaction is "Transfer (partial)"

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Blewitt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544